UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| B. J. CARNEY & COMPANY, LTD., and CARNEY PRODUCTS CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, and GRANITE STATE INSURANCE COMPANY,<br><br>Defendants. | NO. CV-99-061-RHW<br><br>**ORDER OF DISMISSAL OF THE CLAIMS OF B.J. CARNEY & COMPANY, A NEVADA CORPORATION, *ET AL.*, AGAINST DEFENDANT ST. PAUL FIRE & MARINE INSURANCE COMPANY** |

Before the Court is Plaintiff's Stipulation of Dismissal (Ct. Rec. 101). Whereas this matter has been resolved, and the parties have agreed to entry of dismissal,

**IT IS HEREBY ORDERED** that all claims are hereby **dismissed** against Defendant St. Paul Fire & Marine Insurance Company with prejudice and without attorneys' fees or costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 1st day of December, 2005.

s/ ROBERT H. WHALEY
CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\1999\bjcarney.dismiss.St.Paul.ord.wpd

ORDER OF DISMISSAL * 1