AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 17, 2024**

SEAN F. McAVOY, CLERK

B.J. CARNEY AND COMPANY, LTD., and CARNEY PRODUCTS CO., LTD.,

*Plaintiffs*

v.

AMERICAN INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, and GRANITE STATE INSURANCE COMPANY,

*Defendants*

Civil Action No. 2:99-CV-00061-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiffs and Defendant Federal Insurance Company's stipulated motion to dismiss, ECF No. 157, is GRANTED. Defendant Federal Insurance Company and all claims against it in the Amended Complaint are DISMISSED without prejudice, with Plaintiffs and Defendant Federal Insurance Company each bearing their own costs and attorney's fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Robert H. Whaley   on a Stipulated Motion to Dismiss.

Date: 7/17/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams